AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Dalluge

v.

Newland

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-363-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the First Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

| 05/04/07 | JAMES R. LARSEN |
|---|---|
| Date | Clerk |
| | s/ Vikki Johnson |
| | (By) Deputy Clerk |
| | Vikki Johnson |